AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**CHARLES WILLIAM CARTER,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**MICHAEL SHEETS, et al.,**

      **Defendants**

**CASE NO. C2-06-918**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed June 19, 2009, JUDGMENT is hereby entered for Defendants. This case is DISMISSED.**

Date: June 19, 2009                          JAMES BONINI, CLERK

                                          */S/ Andy F. Quisumbing*
                                          (By) Andy F. Quisumbing
                                          Courtroom Deputy Clerk